## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHAUTAUQUA VINEYARDS AND WINERY
INC

    VS                                    CASE NO.  3:08cv436-MCR/MD

TERRELL B BOUNDS, et al.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 12/01/2008
Type of Motion/Pleading MOTION FOR PARTIAL WITHDRAWAL OF MOTION TO STRIKE AND RESPONSE TO DEBTOR'S OBJECTION TO REPORT AND RECOMMENDATION
Filed by: DEFENDANTS'        on 11/26/08      Doc. No. 4

RESPONSES:
                                            on _____ Doc. No. _____
                                            on _____ Doc. No. _____
                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            *s/Donna Bajzik*
                                            Deputy Clerk: Donna Bajzik

## ORDER

     Upon consideration of the foregoing, it is ORDERED this 2nd day of December, 2008, that:

     The requested relief is GRANTED as to request for partial withdrawal; however, to avoid confusion, this order disposes of the entire motion as it presently exists on the docket.  Defendant is granted leave to refile the motion in the pertinent manner within the next twenty (20) days.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**